United States Bankruptcy Court
Eastern District of Texas

Voluntary Petition
Chapter 7

| Name of Debtor (if individual, enter Last, First, Middle):<br>De Witt, Thomas Clyde | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>None |
|---|---|
| All Other Names used by the Debtor in the last 6 years (include married, maiden, and trade names):<br>Tommy De Witt; formerly d/b/a Samson Construction | All Other Names used by the Joint Debtor in the last 6 years (include married, maiden, and trade names): Inapplicable |
| Soc. Sec. /Tax I.D. No. (if more than one, state all):<br>xxx-xx-6119 | Soc. Sec. /Tax I.D. No. (if more than one, state all):<br>Inapplicable |
| Street Address of Debtor's Residence:<br>4 Chula Vista<br>Wylie, TX 75098 | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>Inapplicable |
| County of Debtor's Residence/Principal Place of Business: Collin | County of Joint Debtor's Residence: Inapplicable |
| Mailing Address Business of Debtor (if different from street address): None | Mailing Address of Joint Debtor (if different from street address): Inapplicable. |
| Location of Principal Assets of Debtor: Debtor's residence located in the City of Wylie, Collin County, Texas. ||

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

**Type of Debtor** (Check all boxes that apply)
☑ Individual(s)  ☐ Railroad
☐ Corporation   ☐ Stockbroker
☐ Partnership   ☐ Commodity Broker
☐ Other _____

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
☑ Chapter 7   ☐ Chapter 11   ☐ Chapter 13
☐ Chapter 9   ☐ Chapter 12
☐ Sec. 304 - Case ancillary to foreign proceeding

**Nature of Debts** (Check one box)
☑ Consumer   ✗ Business

**Chapter 11 Small Business** (Check all boxes that apply)
☐ Debtor is a small business as defined in 11 U.S.C. § 101
☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e)(Optional)

**Filing Fee** (Check one box)
☑ Full Filing Fee attached
☐ Filing fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installment Rule 1006(b). See Official Form No. 3.

**Statistical/Administrative Information** (Estimates only)

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

05-47641

| Estimated number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Assets | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |

Mark Weisbart   12/20/2005
9:15am

| | |
|---|---|
| Voluntary Chapter 7 Petition<br>(This page must be completed and filed) | In re: Thomas Clyde De Witt |

Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)

| Location | Case Number: | Date Filed: |
|---|---|---|
| Where Filed: NONE | | |

Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: NONE | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

## Signature

### *Signature of Individual Debtor*

The undersigned person declares, under penalty or perjury, the following: (i) the information provided in this petition is true and correct; (ii) I am aware that I could seek relief under Chapter 7, 11, or 13 of title 11 of the U.S. Code; (iii) legal counsel explained to me the eligibility requirements to be a debtor and the type of relief afforded under each of these chapters; and (iv) understanding the relief available under each such chapter; I elect to proceed under chapter 7 of title 11, United States Code, and to seek relief thereunder, as specified in this petition.

By: _____    10/14/05
Thomas Clyde DeWitt, Debtor             Date Signed

### *Signature of Debtor's Attorney*

I, the attorney for petitioner Thomas Clyde De Witt, declare that I have informed said petitioner that he may proceed under chapter 7, 11 or 13 of title 11, United States Code, and have explained to him the relief available under each such chapter.

By: _____    10/14/2005
Randy Ford Taub, Attorney for Debtor    Date Signed